**DISMISS; and Opinion Filed October 18, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00386-CV

### IN RE HAMP WILLIAMS TRUST

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-08491**

## MEMORANDUM OPINION

Before Justices Stoddart, Whitehill, and Boatright
Opinion by Justice Boatright

Before the Court is the motion of appellant Susan Gail Perrilloux to dismiss the appeal.

We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1(a).


/Jason Boatright/
JASON BOATRIGHT
JUSTICE

180386F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

IN RE  HAMP WILLIAMS TRUST

No. 05-18-00386-CV

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-17-08491.
Opinion delivered by Justice Boatright.
Justices Stoddart and Whitehill participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees George Hudnall, Ronnie Hudnall, Dwight Smith, Karl Elzy, Sarah Williams Lee, Deondre Long, Ray Hudnall, Jr., Marla Hurdle, and Melvin Hudnall, recover their costs of this appeal from appellant Susan Gail Perrilloux.

Judgment entered this 18th day of October, 2018.